UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLENE K. MILLS,

       Plaintiff,

v.                                           Case No. 07-CV-14648

MASON CONSOLIDATED SCHOOL
DISTRICT, DONALD PEARCE AND
BRIAN THOMPSON,

       Defendants.
                               /

**ORDER DENYING JOINT "MOTION TO AMEND SCHEDULING ORDER
ON ALL MATTERS FOR SIXTY DAYS"**

Before the court is a joint "Motion to Amend the Scheduling Order on All Matters for Sixty Days." In their motion, the parties correctly note that, following a January 15, 2008 scheduling conference, the court issued a scheduling order setting forth various dates. The scheduling order also cautioned counsel that the court seldom extends deadlines. (1/22/08 Order at 1.) The parties nonetheless contend that an extension is warranted in this matter because "[a]fter the completion of a day long deposition on April 2, 2008, the parties realized that they need an additional sixty days to complete the outstanding discovery in order to fully be prepared for trial." The parties also contend that discovery was delayed when the parties engaged in facilitation.

The court does not find "good cause" to modify the scheduling order by extending all dates by sixty days, as jointly requested by the parties. *See* Fed. R. Civ. P. 16(b)(4). The court rarely extends deadlines, and only after the parties persuade the court that extensions are necessary despite their diligent efforts to meet the deadlines. Here, the

court does not understand why discovery was delayed while the parties underwent facilitation. Nor does the court understand why a day-long deposition in April, almost three months prior to the June 23, 2008 discovery deadline, requires such a lengthy extension. The court allowed for a significant amount of time to conclude discovery and the court is not persuaded that good cause exists to extend this deadline. Accordingly,

IT IS ORDERED that the parties' joint "Motion to Amend the Scheduling Order on All Matters for Sixty Days" is DENIED.

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: April 17, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2008, by electronic and/or ordinary mail.

       S/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522