**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

**MARLENE K. MILLS,**

       **Plaintiff,**                                HON. ROBERT H. CLELAND

**vs.**                                                           NO. 07-14648

**MASON CONSOLIDATED SCHOOL
DISTRICT, DONALD PEARCE AND
BRIAN THOMPSON,**

       **Defendants.**
_____/

| | |
|---|---|
| **KAREN S. KIENBAUM & ASSOC., P.C.**<br>**KAREN S. KIENBAUM (P25283)**<br>**ANTOINETTE S. GILBERT (P67592)**<br>**KARMAN K. DHUGA (P71742)**<br>Attorneys for Plaintiffs<br>400 Monroe Street, Ste. 470<br>Detroit, MI 48226<br>(313) 967-0700<br>ksk@ksklaw.com<br>asg@ksklaw.com<br>kkd@ksklaw.com | **GIARMARCO, MULLINS & HORTON, PC**<br>**TIMOTHY J. MULLINS (P28021)**<br>**STEPHEN J. HITCHCOCK (P15005)**<br>Attorneys for Defendants<br>101 W. Big Beaver, 10th Floor<br>Troy, MI 48084-5280<br>(248) 457-7000<br>tmullins@gmhlaw.com<br>sjh@gmhlaw.com |

_____

## STIPULATED PROTECTIVE ORDER

      This matter having come before the Court upon the stipulation of the parties, as evidenced by their signatures below, and it appearing to the Court that Defendants have recently uncovered a recording of the closed session of the Mason Consolidated Schools Board of Education meeting held on October 9, 2006, and that the information contained in the recording, or any other information regarding this recording, should not be divulged to any third party outside of this litigation; and the Court being otherwise fully advised in the premises,

1

IT IS HEREBY ORDERED that, based upon the above, the parties and their attorneys shall not divulge any information pertaining to the recording of the closed session of the Mason Consolidated Schools Board of Education meeting held on October 9, 2006, except for purposes of this litigation or as otherwise allowed by law.

IT IS FURTHER ORDERED that Plaintiff and Plaintiff's counsel shall destroy any information pertaining to the aforementioned recording or, in the alternative, return such information to Defendants' counsel following the conclusion of this litigation.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 5, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 5, 2008, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER.

By:    /s/ Karen S. Kienbaum
    KAREN SMITH KIENBAUM & ASSOCIATES, P.C.
    Attorneys for Plaintiffs
    400 Monroe Street, Suite 470
    Detroit, MI 48226
    (313) 967-0700
    ksk@ksklaw.com
    P25283

By: /s/ Timothy J. Mullins
G<small>IARMARCO</small>, M<small>ULLINS</small> & H<small>ORTON</small>, P.C.
Attorney for Defendants
101 W. Big Beaver, 10th Floor
Troy, MI 48084-5280
(248) 457-7000
tmullins@gmhlaw.com
P28021